IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| Daphne Davis, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No: 3:18-cv-00253 |
| v. | ) | |
| | ) | Judge Rose |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) | Magistrate Judge Ovington |
| Defendant. | ) | |

## ORDER

This matter coming before the Court on Defendant's Unopposed Motion to Withdraw Motion to Dismiss and for Leave to File the Certified Administrative Record, and for good cause shown, the Court hereby ORDERS as follows:

Defendant's Unopposed Motion to Withdraw Motion to Dismiss is granted and Defendant is ordered to file the certified administrative record within twenty-one (21) days of this Order.

Date: 10-16-18        Entered: _____

1