UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DAPHNE DAVIS, | : | Case No. 3:18-cv-253 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #16), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on August 9, 2019 (Doc. #16) is ADOPTED in full;

2. The Commissioner's non-disability finding is **REVERSED**;

3. This matter is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for payment of benefits consistent with this Decision and the Report and Recommendations; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: August 28, 2019                                          *s/Thomas M. Rose*
                                                               Thomas M. Rose
                                                               United States District Judge